ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Jun-17  10:46:18
60CV-20-3474
C06D04 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

KAYLON DANIELS                          PLAINTIFF

VS.                  CASE NO.: CV _____

WWSC/AFCO, LLC                       DEFENDANT

## COMPLAINT

Comes now Kaylon Daniels, by and through his attorney, James W. Stanley, Jr, and for this cause of action against the Defendant states unto the court as follows:

1. Plaintiff Kaylon Daniels is a resident of Pulaski County, Arkansas. Defendant is a foreign corporation doing business in Pulaski County, Arkansas. The events complained of herein occurred in Pulaski County, Arkansas.

2. On or about the 17th Day of August, 2018, Plaintiff sustained serious bodily injuries, primarily involving a laceration to his lower right extremity resulting in pain, suffering, mental anguish, and necessitating significant medical intervention on his behalf at Defendant's place of business in Little Rock, Arkansas. This event was the sole and proximate cause of Plaintiff's injuries described herein.

3. Defendant's agents and servants were careless and negligent on August 11, 2018 by allowing a steel bar to be improperly moved and by not keeping a proper lookout for Plaintiff's presence in the vicinity of this area of movement, thereby proximately resulting in severe laceration to his lower right extremity and related trauma. All such acts of carelessness and negligence by such agents are imputed to the Defendant as its agents and servants were at all times acting under Defendant's direct supervision and control and on its behalf.

4. Plaintiff's bodily injuries directly and proximately resulting from Defendant's acts of negligence aforesaid, included, but were not limited to:

    a. severe laceration to his right lower extremity;

    b. permanent disability and disfigurement;

    c. pain, suffering, and mental anguish;

    d. loss of sustainable income;

    e. related medical expenses; and

    f. potential diminution in future earnings capacity.

WHEREFORE, premises considered, Plaintiff Kaylon Daniels prays this court award him damages for his bodily injuries so sustained at the behest of the Defendant and due to the Defendant's agents' and servants' negligence while at all

times acting on the behalf of the Defendant, in such sums at the court finds reasonable under the circumstances.

Respectfully submitted,

*/s/ James W. Stanley, Jr.*

James W. Stanley, Jr.
Arkansas Bar No. 75124
201 S. Izard Street
Little Rock, AR  72201
(501) 324-2889 FAX (501) 324-2820
