IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAYLON DANIELS**                                                                                                       **PLAINTIFF**

v.                                           Case No. 4:20-cv-01055 KGB

**W&W-AFCO STEEL, LLC**                                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Kaylon Daniels's amended complaint is dismissed without prejudice (Dkt. No. 3). The relief sought is denied.

So adjudged this 31st day of March, 2022.

_____
Kristine G. Baker
United States District Judge